IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

ROBERT LIESE

    Plaintiff,

-vs-                                    CASE NO.

PETER DELIO                        6:14-cv-1788-Orl-18DAB

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, ROBERT LIESE, by and through his undersigned attorneys, and sues the Defendant, Peter Delio and as grounds therefore would show:

1. This is an action for damages greater than $75,000.00 arising in Orange County, Florida.

2. On or about August 12, 2014, Peter Delio, while acting under the color of law as a City of Orlando Police Officer, arrested Robert Liese for Petit Theft of less than $100.00 and Resisting an Officer without Violence at 19 S. Orange Avenue, Orlando in Orange County, Florida.

4. Robert Liese was in the full care, custody and control of Peter Delio including being handcuffed behind his back when Peter Delio ordered Robert Liese into his patrol car.

5. Without provocation or any level of reistance, Peter Delio kicked Robert Liese in the stomach in order to force him into the patrol car. The actions by Peter Delio were entirely unjustified and constituted an unreasonable and excessive use of force.

6. As a direct and proximate result of the battery by Peter Delio on Robert Liese, Liese suffered a ruptured spleen, requiring a spleenectomy and tearing of his stomach requiring

surgical repair, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred medical expenses in the treatment of his injuries or alternatively suffered an aggravation of a previously existent condition, and he has lost earnings and his ability to earn money has been impaired. His losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

7. Defendant Peter Delio violated the Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 as follows:

    a. By kicking and battering the Plaintiff without provocation or resistance;

    b. By kicking the Plaintiff in the stomach while the Plaintiff was handcuffed;

8. The above actions by defendant Peter Delio were so excessive and violent in nature that they violate a clearly established law of which a reasonable officer would have known.

WHEREFORE, the Plaintiff, Robert Liese requests that this Court enter judgment against Peter Delio for damages, costs and attorneys' fees pursuant to 42 U.S.C. § 1988 and other such relief as this Plaintiff may request. The Plaintiff further requests a trial by jury.

Dated this 3rd day of November, 2014.

DELLECKER WILSON KING MCKENNA
RUFFIER & SOS
A Limited Liability Partnership

BY: _____
William E. Ruffier
Florida Bar No. 0603872
719 VASSAR STREET
ORLANDO, FL 32804-4920
(407) 244-3000
Attorney for Plaintiff
WEReservice@dwklaw.com